**DISMISS; and Opinion Filed December 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00725-CV
_____

### CREOLA NEWTON, Appellant
### V.
### US BANK NATIONAL ASSOCIATION, Appellee

_____

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-13-02142-E

_____

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

The clerk's record in this case is overdue. By letter dated July 05, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, her appeal could be dismissed for want of prosecution. To date, appellant has not provided the required documentation or otherwise communicated with the Court.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130725F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CREOLA NEWTON, Appellant

No. 05-13-00725-CV          V.

US BANK NATIONAL
ASSOCIATION, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-02142-E.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee US BANK NATIONAL ASSOCIATION recover its costs of this appeal from appellant CREOLA NEWTON.

Judgment entered this 13th day of December, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

–3–